**DECHERT LLP**
Marcus A. Helt (TX 24052187)
Jack G. Haake (TX 24127704)
Debbie Green (TX 24059852)
2651 N. Harwood Street, Suite 120
Dallas, Texas 75201-1574
Telephone: (214) 453 4900
marcus.helt@Dechert.com
jack.haake@Dechert.com
debbie.green@Dechert.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90004 (MXM)<br><br>(Jointly Administered) |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>AURORA SECURITIES, *et al.*,<br><br>Defendants. | Adv. Pro. No.: 26-09006 |

**PLAINTIFFS' EMERGENCY MOTION FOR INJUNCTIVE RELIEF**

**EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 9:30 A.M. (CT) ON JUNE 30, 2026.**

**IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON JUNE 30, 2026, AT 9:30 A.M. (CT) AT THE ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST. FORT WORTH, TX 76102.**

**YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AN AUDIO AND VIDEO CONNECTION.**

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. VIDEO COMMUNICATION WILL BE BY THE USE OF THE CISCO WEBEX PLATFORM. CONNECT VIA THE CISCO WEBEX APPLICATION OR CLICK THE LINK ON JUDGE MULLIN'S HOME PAGE. THE MEETING CODE IS 2310-650-8783. CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**

**HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF ELECTRONIC HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE MULLIN'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

Plaintiff Inspired Healthcare Capital Holdings, LLC ("Holdings") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors" or "the Plaintiffs") respectfully move under Bankruptcy Rule 7065 and Federal Rule of Civil Procedure 65 for injunctive relief extending the automatic stay to the Listed Actions against Non-Debtor Defendants specified in Schedule 1 attached to the Complaint and each such party's Broker-Dealer Affiliated Persons.[1]

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Complaint.

For the reasons set out in detail in the Complaint and memorandum of law filed with this motion, including an identity of interest between Debtors and the Non-Debtor Defendants, there are grounds to extend the automatic stay to the Listed Actions in Schedule 1 of the Complaint. Extending the stay in this way will also help (i) ensure the continued stability of Debtors' day-to-day operations; (ii) maximize estate value through a comprehensive strategic and investigative process; and (iii) assist with the fair distribution estate proceeds through a confirmed Chapter 11 plan. This motion is supported by the attached brief, the contents of the Complaint and accompanying exhibits, the accompanying proposed order, and any presentation to the Court during the hearing on this matter.

DATED: June 28, 2026

Respectfully submitted by:

**DECHERT LLP**

/s/ *Marcus A. Helt*
Marcus A. Helt (Texas Bar #24052187)
Debbie E. Green (Texas Bar #24059852)
Jack G. Haake (Texas Bar #24127704)
2651 N Harwood Street
Dallas, TX 75201
Telephone: (214) 453-4900
marcus.helt@dechert.com
debbie.green@dechert.com
jack.haake@dechert.com

- and -

Jerry L. Hall (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
jerry.hall@dechert.com

*PROPOSED COUNSEL FOR THE PLAINTIFFS*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Bankruptcy Rule 7007-1(b)(1), counsel for Plaintiffs/Debtors sought defendants' counsel's position on the relief sought in this motion via email. Counsel for all Broker Dealer defendants consented to the entry of the requested injunction. Counsel for defendant Luke Lee consented to the entry of the requested injunction. Plaintiffs/Debtors' counsel contacted each claimants' counsel listed in Sealed Schedule 1 on June 25, 2026.

Counsel representing claimants in the following cases opposed the relief sought: Case Nos. 25-01042, 25-01188, 25-01398, 25-01596, 25-01701, 25-01709, 25-01750, 25-01770, 25-01785, 25-01799, 25-01810, 25-01863, 25-01880, 25-01890, 25-01906, 25-01912, 25-01936, 25-01943, 25-01950, 25-01960, 25-02000, 25-02029, 25-02052, 25-02069, 25-02079, 25-02090, 25-02092, 25-02118, 25-02148, 25-02150, 25-02160, 25-02168, 25-02178, 25-02215, 25-02224, 25-02296, 25-02351, 25-02359, 25-02396, 25-02422, 25-02436, 25-02449, 25-02452, 25-02457, 25-02459, 25-02476, 25-02547, 25-02644, 25-02646, 25-02693, 25-02789, 26-00002, 26-00069, 26-00119, 26-00125, 26-00141, 26-00160, 26-00192, 26-00212, 26-00245, 26-00436, 26-00453, 26-00466, 26-00514, 26-00515, 26-00520, 26-00637, 26-00740, 26-00750, 26-00785, 26-00788, 26-00806, 26-00807, 26-00825, 26-00842, 26-00858, 26-00880, 26-00917, 26-00926, 26-01021, 26-01057, 26-01061, 26-01207, 26-01335.

Counsel representing claimants in the following cases responded via email but not expressly indicate consent or opposition to the relief sought: Case Nos. 25-02392, 25-02415, 25-02509, 25-02562, 26-00747, 26-01060.

Counsel representing claimants in the following cases did not respond to the email or express any consent or opposition to the relief sought: Case Nos. 25-02388, 25-02558, 25-02561, 25-02599, 25-02732, 25-02736, 26-00057, 26-00318, 26-00387, 26-00434.

Plaintiffs/Debtors' counsel was unable to contact the pro se claimant in FINRA Case No. 26-00653 because of a lack of contact information.

Dated: June 28, 2026 /s/ *Jerry Hall*
Jerry Hall

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy of the foregoing motion was served by the Court's CM/ECF system on all counsel of record registered in these Chapter 11 Cases through CM/ECF. Subject to the Court's approval of their retention and access to filing privileges, the Debtors' proposed claims and noticing agent will be filing a supplemental certificate of service on the docket to reflect additional service of this motion.

Dated: June 28, 2026

*/s/ Marcus A. Helt*
Marcus A. Helt