Robert A. Simon
Texas Bar No. 18390000
**WHITAKER CHALK SWINDLE**
**& SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0543
Facsimile: (817) 878-0501
ATTORNEYS FOR DEFENDANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*,** | § | **Case No. 26-90004** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors** | § | |

| | | |
|---|---|---|
| **INSPIRED HEALTHCARE CAPITAL, HOLDINGS, LLC, *et. al.*,** | § | |
| | § | |
| | § | |
| **PLAINTIFFS,** | § | |
| | § | |
| **V.** | § | **Adv. Proc. No. 26-09006** |
| | § | |
| **AURORA SECURITIES, *et al.*,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

**DEFENDANTS' WITNESS AND EXHIBT LIST FOR HEARING ON**
**MOTION FOR INJUNCTIVE RELIEF AND MOTION TO SEAL**

Defendants Brett W. Henricks, individually and as a member of Henricks Investments, LLC (Case No. 25-01398), David Walser and Barbara Greenfield (Case No. 25-01799), James Sean Hillier, individually and as manager of East County Home Solutions (Case No. 25-02029), Nikki Chua (Case No. 25-02052), Katherine M. Higgins, individually and as manager of Unbridled Holdings, LLC (Case No. 25-02069), Michael Barbarick, individually and on behalf of 3030 West Second Street, Inc. (Case No. 25-02160), David Lowenstern, individually and as manager of

Valley Gardens, LLC (Case No. 25-02215), Matthew T. O'Reilly and Wenceslaus Achramowicz, individually and as trustee of the Wenceslaus Achramowicz Trust DTD APRIL 5, 2010 (Case No. 25-02296), Dougals C. Baker and Irena M. Baker, individually and on behalf of Velebit Properties, LLC (Case No. 25-02457), Milosh D. Milenkovich and Jelisaveta Milenkovich (Case No. 25-02476), and Jeffery L. North (Case No. 26-00362) (collectively the "Defendants") file this response (the ("Response") to Plaintiffs Inspired Healthcare Capital Holdings, LLC's, *et al.* (the "Plaintiffs") Emergency Motion for Injunctive Relief (the "Motion"). Plaintiffs' Motion is premature and based upon speculation, not evidence. Consequently, the Motion should be denied. In support, the Defendants respectfully represents the following:

**I.**

**WITNESSES**

The Defendants may call any of the following witnesses at the Hearing:

1. Kalju Nekvasil, Attorney for certain FINRA Claimants;
2. A Representative of Debtors;
3. Any necessary rebuttal and/or impeachment witness; and
4. Any witness listed or called by any other party in interest.

**II.**

**EXHIBITS**

The Defendants may offer into evidence the following exhibits at the Hearing;

1. Debtors' Schedules [Docket No. 353];
2. Debtors' Statement of Financial Affairs [Docket No. 354];
3. First Amended Complaint - State Court Lawsuit – Los Angeles California;
4. Managing Broker-Dealer Agreement;

5. Excerpt from US Securities & Exchange Commission, Office of Advocate for Small Business Capital Formation - *What is a broker-dealer?;*

6. Insurance Policies;

7. Private Placement Memorandum Excerpt;

8. Declaration of M. Benjamin Jones in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 33];

9. First Amended Statement of Claim – Henricks v. Emerson;

10. Emerson's Answer to Henrick's ASOC;

11. Statement of Claim – Walser v. Emerson;

12. Emerson's Answer to Walsar SOC;

13. Statement of Claim – Hillier v Great Point Capital;

14. Great Point's Answer and Affirmative Defenses to Hillier SOC;

15. Statement of Claim – Higgins v Lightpath & Paul Getty;

16. Paul Getty's Answer to Higgins SOC;

17. Lightpath's Answer to Higgins SOC;

18. Statement of Claim – Chua v. Emerson & McElreath & Lam;

19. Supplement to SOC – Chua v. Emerson & McElreath;

20. Emerson's Answer to Chua SOC;

21. McElreath's Answer to Chua SOC;

22. Statement of Claim – Barbarick v. Emerson & Arkadios;

23. Emerson's Answer to Barbarick SOC;

24. Arkadios's Answer to Barbarick SOC;

25. Statement of Claim – Lowenstern v. Emerson;

26. Emerson's Answer to Lowenstern SOC;

27. Statement of Claim – Baker v. Aurora;

28. Aurora's Answer to Baker SOC;

29. Statement of Claim – Milenkovich v. Emerson;

30. Emerson's Answer to Milenkovich SOC;

31. First Amended Statement of Claim – O'Reilly & Achramowicz v. Great Point;

32. Great Point's Answer to O'Reilly & Achramowicz Amended SOC;

33. O'Reilly Answer & Affirmative Defenses to Corrected SOC – O'Reilly v. Great Point;

34. Statement of Claim – North v. Realized Financial;

35. Answer of Realized Financial to North SOC;

36. Any necessary rebuttal and/or impeachment exhibits; and

37. Any exhibits listed or offered by any other party in interest.

July 10, 2026

Respectfully submitted,

**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**

*/s/ Robert A. Simon*____________________
Robert A. Simon
Texas Bar No. 18390000
John T. Behan 24129111
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
rsimon@whitakerchalk.com
**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify, on this 10th day of July 2026 that I served a true and correct copy of the foregoing Witness and Exhibit List upon all parties registered to receive service via this Court's ECF notification system.

*/s/ Robert A. Simon*
Robert A. Simon