**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 26-90004 (MXM) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## INTRODUCTION

Inspired Healthcare Capital Holdings, LLC ("Holdings") and certain of its affiliates and subsidiaries, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements") with the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These global notes and statement of limitations, methodology, and disclaimers regarding the Debtors' Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to particular Schedules and Statements (the "Specific Notes" and, together with the Global Notes, the "Notes"). These Global Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors' management team prepared the Schedules and Statements with the assistance of their advisors, consultants, and professionals and have relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors, consultants, and professionals. Given the scale of the Debtors' businesses, the Debtors' management, including

[1] The last four digits of Inspired Healthcare Capital Holdings, LLC's federal tax identification number are 6696. There are 161 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/InspiredHealthcare. The Debtors' mailing address is 7033 East Greenway Parkway, Suite 250, Scottsdale, AZ 85254.

the Debtors Chief Restructuring Officer, M. Benjamin Jones (who has executed the Schedules and Statements of each of the Debtors) has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that were available at the time of preparation. The Debtors and their advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, the receipt or discovery of subsequent information may result in material changes to the Schedules and Statements, and inadvertent errors, omissions, or inaccuracies may exist in the Schedules and Statements.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of the applicable Debtor or to otherwise subsequently designate any claim as “disputed,” “contingent,” or “unliquidated.” Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors’ rights or an admission with respect to the Chapter 11 Cases, including, but not limited to, liability for any claims, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1. **Description of the Chapter 11 Cases**. Beginning on February 2, 2026 (the “Petition Date”), each Debtor commenced a voluntary case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the “Chapter 11 Cases”). The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. On February 5, 2026, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b). *See* Docket No. 72. On February 25, 2026, the Office of the United States Trustee for Region 6 (the “U.S. Trustee”) appointed the official committee of unsecured creditors (the “Committee”). *See Appointment of the Official Unsecured Creditors’ Committee* [Docket No. 161]. To date, no trustee or examiner has been appointed in the Chapter 11 Cases.



GN DEFENDANTS EXHIBIT 2

2. **Basis of Presentation**. For financial reporting purposes, the Debtors historically have prepared consolidated financial statements, which include financial information for the Debtors and certain non-debtor affiliates. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") in the United States, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors used their best efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the applicable Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than reporting by individual legal entity, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the amount and nature of certain assets and liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time before or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or any time prior to or after the Petition Date.

3. **Reporting Date**. The reported asset values in Schedules A/B, with the exception of estimated cash balances and accounts receivable, reflect the Debtors' asset values as of January 31, 2026 (the "Reporting Date"). Estimated cash balances presented in Schedule A reflect bank balances as of February 2, 2026. Liability values presented in Schedules D/E/F are as of the Petition Date.

4. **Current Net Book Values**. Other than estimated bank cash balances, and unless otherwise noted, the assets and liabilities of each Debtor are listed on the basis of the net book value of the asset or liability in the respective Debtor's accounting books and records.

5. **Confidentiality**. Schedule E/F includes certain unsecured claims against the Debtors including, without limitation, certain claims of former employees as well as certain unsecured claims of current and/or former residents. Due to confidentiality concerns, and as authorized by certain orders entered by the Bankruptcy Court, the Debtors have removed the addresses of the employee claimants and the names and addresses of the resident claimants listed on Schedule E/F.



GN DEFENDANTS EXHIBIT 2

6. **Consolidated Entity Accounts Payable and Disbursement Systems**. As described in the Cash Management Motion,[2] the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, consolidate, and disburse funds generated by their operations. The Debtors concentrate cash assets into a central account to more effectively manage their businesses and coordinate the payment of outstanding obligations.

In the ordinary course of business, the Debtors engage in intercompany transactions (the "Intercompany Transactions") with one another, which result in intercompany receivables and payables (the "Intercompany Claims"). Intercompany Transactions are settled by either book entry or by the actual transfer of cash. The Debtors track all Intercompany Transactions in their accounting system, which may be traced and accounted for as needed. Since the Petition Date, the Debtors continue to settle Intercompany Claims in accordance with the procedures outlined in the Cash Management Motion.

7. **Accuracy**. Although the Debtors have made good faith reasonable efforts to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary or appropriate.

8. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, wherever possible, unless otherwise indicated, net book values are presented as of the Reporting Date. When necessary, the Debtors have indicated that the amount of certain assets is "Undetermined." Amounts ultimately realized may vary materially from net book value (or other amounts so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset amounts set forth in the Schedules and Statements.

9. **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars.

[2] The "Cash Management Motion" means the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Their Existing Cash Management System and Maintain Their Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records; and (II) Granting Related Relief* [Docket No. 11].

10. **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Bankruptcy Court entered various orders (the "First Day Orders") authorizing, but not directing, the Debtors to, among other things, pay certain prepetition: (i) service fees and charges assessed by the Debtors' banks; (ii) insurance, surety, and letter of credit obligations; (iii) refund program obligations; (iv) employee wages, salaries, and related items (including, employee benefit programs, staffing agency payments, and independent contractor obligations); (v) obligations owed to third-party managers; and (vi) taxes and assessments. Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Petition Date. The Debtors reserve the right to amend the Schedules and Statements to reflect payments made pursuant to the First Day Orders that may not be represented in the attached Schedules and Statements.

11. **Other Paid Claims**. To the extent the Debtors reach any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to Bankruptcy Court approval if necessary. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

12. **Causes of Action**. Despite making reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Schedules shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13. **Setoffs**. The Debtors routinely incur setoffs from payors and suppliers in the ordinary course of business. Such ordinary course setoffs can arise from various items including, but not limited to, billing discrepancies, refund programs, returns,



GN DEFENDANTS EXHIBIT 2

promotional funding, warranties, refunds, certain intercompany transactions, and other disputes between the Debtors and their payors and/or suppliers. These routine setoffs are consistent with ordinary course practice in the Debtors' industry, and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and, as such, are excluded from the Schedules and Statements.

14. **Accounts Receivable**. The accounts receivable information listed on the Schedules includes receivables from the Debtors' residents and third-party payors and is presented on a gross basis and is segmented into aging groups of over and under 90 days based on calculated apportionment factors. Certain Debtors may show negative accounts receivable amounts due to reconciliation and consolidation of multiple business unit entries under certain Debtors in the company books and records.

15. **Interest Income**. The Statements show both negative and positive amounts with respect to interest income as a result of variations in profitability of certain service lines owned by Debtors, with profits cancelled out in consolidation.

16. **Reservation of Rights**. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to the Chapter 11 Cases, including, but not limited to, the following:

a. Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

c. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

d. The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

e. The listing of a claim on Schedule D as "secured" or on Schedule E/F as "priority unsecured," or the listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in any order by the Bankruptcy Court that is or becomes final, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

f. In the ordinary course of their business, the Debtors lease property and equipment from certain third-party lessors for use in the daily operation of their business. Any such leases are set forth on Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including, the recharacterization thereof. For the avoidance of doubt, The Debtors reserve all rights to assert that the ownership and characterization of any real property, including real property scheduled with DSTs, is subject to recharacterization, and the inclusion of such real property in the Schedules shall not constitute an admission or waiver of any such arguments.

g. In the ordinary course of their business, certain third-party managers on behalf of the Debtors. Any such leases are set forth on Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to whether such contracts are Debtor contracts and the Debtors reserve all rights with respect to any of such issues.

h. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

i. The Debtors' businesses are part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

j. The Debtors further reserve all of their rights, claims, and Causes of Action with respect to the contracts and leases listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

k. The Debtors exercised reasonable efforts to locate and identify guarantees and other secondary liability claims (the "Guarantees") in their secured financings, debt instruments, and other agreements. However, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing. Where such Guarantees have been identified, they are included in the relevant Schedules and Statements. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements inadvertently may have been omitted. The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings and debt instruments on Schedule H. Guarantees with respect to the Debtors' executory contracts and unexpired leases are not included on Schedule H and the Debtors believe that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financing, debt instruments, and similar agreements may exist and, to the extent they do, will be identified upon further review. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements to the extent that additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

l. Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and

enforceable contract. The Debtors hereby expressly reserve the right to assert that any contract listed on the Schedules and Statements does not constitute an executory contract within the meaning of Bankruptcy Code section 365, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of Bankruptcy Code section 365.

m. Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

17. **Totals**. Totals in the Schedules and Statements include dollar amounts, "Undetermined" amounts and, in certain instances, dollar amounts and "Undetermined" amounts.. If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals. Where a claim or other amount is marked as "unliquidated," but the Debtors also report a dollar value, such dollar value may indicate only the known or determined amount of such claim or amount, the balance of which is unliquidated.

18. **Global Notes Control**. In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE SCHEDULES

### Schedules A/B

**Part 1**. As set forth more fully in the Cash Management Motion, the Company uses an integrated cash management system to pay its financial obligations, centrally control and monitor available cash and record accurate financial data. The Debtors' cash management system comprises approximately 320 bank accounts (the "Bank Accounts"). Further details with respect to the cash management system are provided in the Cash Management Motion. Balances are as of February 2, 2026.

**Part 2**. The Debtors maintain certain deposits in the conduct of their business operations. These deposits are included in the Schedules for the appropriate legal entity. Types of deposits include, among other things, lease deposits, utility deposits, security deposits and vendor deposits along with "Other Deposits" as booked on the Debtors' financial statements. Certain prepaid or amortized assets are listed in Part 2 in accordance with the Debtors' books and records. The amounts listed in Part 2 do not necessarily reflect assets that the Debtors will be able to collect or realize. These amounts listed in Part 2 include, among other things, prepaid insurance, prepaid

property taxes, prepaid leases, prepaid benefits, prepaid expenses, and other prepaid items as booked on the Debtors' financial statements.

**Part 3**. The accounts receivable balances in this section exclude intercompany related receivables. Intercompany related receivables are instead shown in the response to Part 11, Question 77.

**Part 7 & 8**. The Debtors have used net book value as of January 31, 2026 for reporting its assets. There have been no valuations on any of such assets. The Debtors reserve all of their rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

**Part 11**. The Debtors have included a consolidated list of insurance policies maintained across the debtor entities, though such policies may or may not be applicable to each Debtor.

**Part 12**. The Debtors have reported the intercompany balances between Debtors as assets on Schedule A/B or as liabilities on Schedule E/F, respectively.

**Schedule D**. Reference to the applicable loan agreements and related documents or other instrument creating the purported lien is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, mechanics liens, and other parties that may hold security deposits have not been listed on Schedule D.

**Schedules E/F**. The claims listed on Schedules E/F arose and were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Schedules E/F. To the best of the Debtors' knowledge, all claims listed on Schedules E/F arose or were incurred before the Petition Date.

**Part 1**. Claims owing to various taxing authorities to which the Debtors potentially may be liable, and which the Debtors have received notice of liability from such taxing authorities, are reported on Part 1. Such claims are split out and scheduled at specific Debtor entities. Certain of such claims, however, may be subject to ongoing audits and/or the claims will be satisfied in the ordinary course during the Chapter 11 Cases pursuant to authority granted to the Debtors in the relevant First Day Orders. Therefore, the Debtors have listed all such claims as "unliquidated" and "disputed" pending final resolution of ongoing audits or other outstanding issues. Inclusion or exclusion of a taxing authority on Part 1 does not mean that such taxing authority has a claim against the Debtors; rather, such taxing authorities are being scheduled out of an abundance of caution, given the numerous jurisdictions and number of Debtors involved in these Chapter 11 Cases. To the extent the amount of tax claims listed on the Debtors' Schedules differs from amounts represented in pleadings filed on the Petition Date in these Chapter 11 Cases, the amounts listed on the Schedules shall govern as prior represented amounts were deemed to relate to non-Debtor entities.

**Part 2**. The liabilities listed on Part 2 include all trade payables, litigation claims, unsecured notes, and intercompany payables. The trade payable amounts were calculated by taking the sum of all

invoices per Debtor and per vendor. The Debtors have exercised their reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule. As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed for a complete understanding of the unsecured claims against the Debtors.

The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, the Debtors reserve their right to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F. The Debtors have made reasonable efforts to include all unsecured creditors on Part 2 including, but not limited to, trade creditors, landlords, utility companies, consultants, and other service providers. The Debtors, however, believe that there may be instances where creditors have yet to provide invoices for prepetition goods or services.

Part 2 contains information regarding pending litigation involving the Debtors. To the extent that litigation involving a particular Debtor has been identified, such information is included on that Debtor's Schedule E/F. Unknown amounts for potential claims are listed as "Undetermined" and marked as contingent, unliquidated, and disputed in the Schedules.

Individual investor promissory notes have been scheduled on a consolidated basis by investment fund and are not listed by investor.

The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and/or allowances, including the right to assert objections and/or setoffs or recoupments with respect to same.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain unsecured claims pursuant to the First Day Orders. To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date. Certain Debtors may pay additional claims listed on Schedule E/F during the Chapter 11 Cases pursuant to the First Day Orders and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that have been, or may be, rejected.

**Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements"), the Debtors' review process of the Agreements is ongoing and inadvertent errors, omissions, or over-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments,

restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed on Schedule G.

Executory contracts for short-term service orders that are oral in nature have not been included in Schedule G.

Any and all of the Debtors' rights, claims, and Causes of Action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G, and (iii) amend or supplement such Schedule as necessary.

Certain of the Agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the Agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtor's Schedule G on which to list the Agreement.

Certain of the Agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors by a third-party manager. At times, third-party managers may also enter into certain Agreements directly with other contract counterparties. The Debtors have made good-faith, reasonable efforts to list on Schedule G only those Agreements to which a Debtor is a party; however, due to the volume of Agreements and the manner in which certain Agreements are entered into or administered by third-party managers, Schedule G may include Agreements to which only a third-party manager, and not a Debtor, is a party thereto.

Resident agreements have not been included in the Statements for privacy reasons.

**Schedule H**. The Debtors are party to various debt agreements which were executed by multiple Debtors. The guaranty obligations under prepetition secured credit agreements are noted on Schedule H for each individual Debtor. The Debtors may not have identified on Schedule H certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors. Due to their voluminous nature, and to avoid unnecessary duplication, the Debtors have not included on Schedule H debts for which more than one Debtor may be liable if such debts were already reflected on Schedule E/F or Schedule G for the respective Debtors subject to such debt. To the extent these Notes include notes specific to Schedules D-G, such Notes also apply to the co-Debtors listed in Schedule H. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE STATEMENTS

**Statement 3**. As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system to collect, concentrate, and disburse funds generated by their operations. For the avoidance of doubt, Statement 3 includes ordinary course payments made to third-party managers.

The response to Statement 3 excludes (i) payments made as part of regular and ordinary course payroll disbursements to employees and (ii) disbursements or transfers listed on Statements 4 and 11. Amounts owed to creditors will appear on the Schedules for each Debtor, as applicable.

All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on Statement 11 and are excluded from Statement 3.

To the extent a disbursement was made to pay for multiple invoices on a given day, only one entry has been listed on Statement 3.

**Statement 4**. For purposes of the Schedules and Statements, the Debtors define "insiders" as (i) officers, directors, and anyone in control of a corporate Debtor and their relatives; and (ii) affiliates of the Debtors and insiders of such affiliates. Individuals listed in the Statements as insiders have been included for informational purposes only. The payroll-related amounts shown in response to this question for any salary, bonus, or additional compensation are gross amounts that do not include reductions for amounts including employee tax or benefit withholdings. The Debtors also issue corporate-paid credit cards and reimburse expenses incurred by insiders. Such expenses also are included in Statement 4. Home addresses for current and former directors, employees identified as insiders have not been included in the Statements for privacy reasons.

From time to time, the Debtors may have jointly obtained legal representation with certain insiders. Out of an abundance of caution, any fees or expenses jointly incurred by the Debtors and such insiders have been disclosed in Statement 4.

Pursuant to the Debtors' cash management system, payments made to various parties may be made from a single Debtor on behalf of one or more Debtor entities. The Debtors have only listed each payment on the response to Statement 4 for the Debtor entity that disbursed the payment.

**Statement 7**. Information provided on Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum. While the Debtors believe they were diligent in their efforts, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Statement 7. The Debtors reserve all of their rights to amend or supplement their response to Statement 7.

**Statement 11**. Although the services of any entity who provided a Debtor with consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date were provided for the benefit of all the Debtors and are therefore listed in response to Statement 11.

Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

**Statement 15**. "Yes" is checked for the currently operating communities and an estimate of beds located at each community as of the Petition Date is provided. Subject to the Debtors' privacy policy, in the ordinary course of business, the Debtors collect certain resident information and retain such information as long as is necessary for the Debtors to comply with business, tax, regulatory, and legal requirements. Resident records are maintained at the community level..

**Statement 16**. An abbreviated list of the types of information collected from each community was provided for each of the communities, while "No" was checked for all other entities. Subject to the Debtors' privacy policy, in the ordinary course of business, the Debtors collect certain resident information and retain such information as long as is necessary for the Debtors to comply with business, tax, and legal requirements. Resident records are maintained at each community..

**Statement 20**. In certain cases, third party vendors have access to the off-premises storage facilities.

**Statement 25**. Certain Debtor entities have not been assigned, or do not currently maintain, separate employer identification numbers ("EINs") may be unavailable. In such cases, the Debtors have made reasonable, good-faith efforts to provide the information available to them as of the Petition Date.

**Statement 26d**. The Debtors have provided financial statements in the ordinary course of their businesses to various customers, financial institutions, creditors, landlords, and other parties within the two years before the Petition Date. Considering the voluminous number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of **Statement 26d**.

**Statement 28 & 29**. Shortly after the Petition Date, Luke Lee was retroactively terminated as the Chief Executive Officer.

**Statement 30**. Any and all known disbursements to "insiders" have been listed in response to Statement 4.

**Statement 31**. Certain Debtor limited liability companies (each, an "LLC") are either disregarded for tax purposes or single member LLC's. Income generated by a LLC is consolidated at a higher reporting unit level, that reporting unit being a non-debtor itself.

*****END OF GLOBAL NOTES*****

****SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE****

**Fill in this information to identify the case:**

Debtor name: Inspired Healthcare Capital Holdings, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known): 26-90004

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 01/01/2026 | to | Filing date | ☑ Operating a business<br>☐ Other | $ 0.00 |
| **For prior year:** | From | 01/01/2025 | to | 12/31/2025 | ☑ Operating a business<br>☐ Other | $ 0.00 |
| **For the year before that:** | From | 01/01/2024 | to | 12/31/2024 | ☑ Operating a business<br>☐ Other | $ 235,133.62 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | MM / DD / YYYY | to | Filing date | See Exhibit P1, Q2 | $ |
| **For prior year:** | From | MM / DD / YYYY | to | MM / DD / YYYY | | $ |
| **For the year before that:** | From | MM / DD / YYYY | to | MM / DD / YYYY | | $ |



**GN DEFENDANTS EXHIBIT 2**

Debtor Inspired Healthcare Capital Holdings, LLC
Name

Case number (*if known*) 26-90004

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Exhibit P2, Q3 (Creditor's name); Street; City State ZIP Code | | $ | ❑ Secured debt ❑ Unsecured loan repayments ❑ Suppliers or vendors ❑ Services ❑ Other |
| 3.2. | Creditor's name; Street; City State ZIP Code | | $ | ❑ Secured debt ❑ Unsecured loan repayments ❑ Suppliers or vendors ❑ Services ❑ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Exhibit P2, Q4 (Insider's name); Street; City State ZIP Code; Relationship to debtor | | $ | |
| 4.2. | Insider's name; Street; City State ZIP Code; Relationship to debtor | | $ | |



GN DEFENDANTS EXHIBIT 2

Debtor Inspired Healthcare Capital Holdings, LLC Case number (if known) 26-90004
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |
| 5.2. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Case title: See Exhibit P3, Q7<br>Case number: | | Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title:<br>Case number: | | Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |



GN DEFENDANTS EXHIBIT 2

Debtor Inspired Healthcare Capital Holdings, LLC Case number (if known) 26-90004

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br>Street<br>City State ZIP Code | | $ |
| | **Case title** | **Court name and address** |
| | | Name<br>Street<br>City State ZIP Code |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |
| 9.2. | Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |



**GN DEFENDANTS EXHIBIT 2**

Debtor Inspired Healthcare Capital Holdings, LLC Case number (*if known*) 26-90004
Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | | $ |

**Address**

Street

City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |

**Address**

Street

City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |

**Trustee**



**GN DEFENDANTS EXHIBIT 2**

Debtor Inspired Healthcare Capital Holdings, LLC
Name

Case number (*if known*) 26-90004

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | ______<br>**Address**<br>Street<br>City State ZIP Code<br>**Relationship to debtor**<br>______ | ______ | ______ | $______ |
| 13.2. | **Who received transfer?**<br>______<br>**Address**<br>Street<br>City State ZIP Code<br>**Relationship to debtor**<br>______ | ______ | ______ | $______ |

**Part 7: Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | See Exhibit P7, Q14<br>Street<br>City State ZIP Code | From ______ To ______ |
| 14.2. | Street<br>City State ZIP Code | From ______ To ______ |



**GN DEFENDANTS EXHIBIT 2**

Debtor Inspired Healthcare Capital Holdings, LLC
Name
Case number (*if known*) 26-90004

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. | Facility name<br>Street<br>City State ZIP Code | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. ____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No
☐ Yes



**GN DEFENDANTS EXHIBIT 2**

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | See Exhibit P10, Q18<br>Name<br>Street<br>City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | | $ |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |



GN DEFENDANTS EXHIBIT 2

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| <br>**Case number** | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |



GN DEFENDANTS EXHIBIT 2

Debtor Inspired Healthcare Capital Holdings, LLC Case number (if known) 26-90004

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | See Exhibit P13, Q25<br>Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |
| 25.2. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |
| 25.3. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |



GN DEFENDANTS EXHIBIT 2

Debtor Inspired Healthcare Capital Holdings, LLC Case number (if known) 26-90004

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | See Exhibit P13, Q26a<br>Name<br>Street<br>City State ZIP Code | From _______ To _______ |
| 26a.2. | Name<br>Street<br>City State ZIP Code | From _______ To _______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Name<br>Street<br>City State ZIP Code | From _______ To _______ |
| 26b.2. | Name<br>Street<br>City State ZIP Code | From _______ To _______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | See Exhibit P13, Q26c<br>Name<br>Street<br>City State ZIP Code | |



**GN DEFENDANTS EXHIBIT 2**

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name<br>Street<br><br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | Name<br>Street<br><br>City State ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | Name<br>Street<br><br>City State ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Name<br>Street<br><br>City State ZIP Code |



GN DEFENDANTS EXHIBIT 2

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2.
Name
Street

City State ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Exhibit P13, Q28 | | | |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☐ No
- ☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See Exhibit P13, Q29 | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Exhibit P2, Q4 | | | |

Name
Street

City State ZIP Code

**Relationship to debtor**



**GN DEFENDANTS EXHIBIT 2**

Debtor Inspired Healthcare Capital Holdings, LLC Case number (if known) 26-90004
Name

**Name and address of recipient**

30.2 ______
Name
______
Street
______
City State ZIP Code

**Relationship to debtor**

______

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | EIN: __ __ –__ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: __ __ –__ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/25/2026
MM / DD / YYYY

✘ /s/ M. Benjamin Jones
Signature of individual signing on behalf of the debtor

Printed name M. Benjamin Jones

Position or relationship to debtor Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes



**GN DEFENDANTS EXHIBIT 2**

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P1, Q2 - OTHER INCOME

| | From | To | Description | Gross Revenue ($) |
|---|---|---|---|---|
| 2.1 | 01/01/2024 | 12/31/2024 | Interest | 378,807.59 |
| 2.2 | 01/01/2025 | 12/31/2025 | Interest | 300,188.98 |
| 2.3 | 01/01/2026 | 01/31/2026 | Interest | 25,012.82 |

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q3 - PAYMENTS TO CREDITORS WITHIN 90 DAYS

| | Creditor's name and address | Dates | Amount ($) | Reason for payment or transfer |
|---|---|---|---|---|
| 3.1 | Attaboy Property Services, LLC<br>1992 WHITESVILLE RD, TOMS RIVER, NJ 08755 | 12/30/2025 | 67,500.00 | Services |
| | **TOTAL FOR ATTABOY PROPERTY SERVICES, LLC** | | **67,500.00** | |
| 3.2 | IPFS Corporation<br>49 STEVENSON STREET, STE 1275, SAN FRANCISCO, CA 94105 | 11/14/2025 | 8,887.33 | Services |
| | **TOTAL FOR IPFS CORPORATION** | | **8,887.33** | |
| 3.3 | LEISURE CARE<br>999 THIRD AVE, SUITE 4550, SEATTLE, WA 98104 | 12/16/2025 | 690,800.00 | Other: Third Party Manager |
| | **TOTAL FOR LEISURE CARE** | | **690,800.00** | |
| 3.4 | Rent A Fence<br>PO BOX 841461, LOS ANGELES, CA 90084-1461 | 11/13/2025 | 9,744.00 | Services |
| | **TOTAL FOR RENT A FENCE** | | **9,744.00** | |
| 3.5 | Texas Controller of Public Accounts<br>475 Park Ave S, New York, NY 10016 | 11/18/2025 | 28,913.29 | Services |
| | **TOTAL FOR TEXAS CONTROLLER OF PUBLIC ACCOUNTS** | | **28,913.29** | |
| 3.6 | Western Alliance Bank<br>KATE HICKMAN, 1 EAST WASHINGTON STREET, PHOENIX, AZ 85004 | 11/21/2025<br>12/23/2025<br>01/21/2026 | 4,944.31<br>6,003.92<br>6,404.64 | Services<br>Services<br>Services |
| | **TOTAL FOR WESTERN ALLIANCE BANK** | | **17,352.87** | |
| | **GRAND TOTAL** | | **823,197.49** | |



**GN DEFENDANTS EXHIBIT 2**

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| 4.1 | IHC - Ashbrook MT, LLC | Debtor Entity | 02/13/2025 | 60,900.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 02/26/2025 | 52,600.00 | Intercompany |
| | | | 03/13/2025 | 60,700.00 | Intercompany |
| | | | 03/25/2025 | 52,550.00 | Intercompany |
| | | | 04/07/2025 | 600.00 | Intercompany |
| | | | 04/14/2025 | 61,100.00 | Intercompany |
| | | | 04/30/2025 | 52,200.00 | Intercompany |
| | | | 05/13/2025 | 15,000.00 | Intercompany |
| | | | 05/14/2025 | 62,400.00 | Intercompany |
| | | | 05/15/2025 | 900.00 | Intercompany |
| | | | 05/28/2025 | 53,000.00 | Intercompany |
| | | | 06/12/2025 | 59,700.00 | Intercompany |
| | | | 07/01/2025 | 52,700.00 | Intercompany |
| | | | 08/01/2025 | 53,000.00 | Intercompany |
| | | | 08/07/2025 | 7,345.00 | Intercompany |
| | | | 08/15/2025 | 119,000.00 | Intercompany |
| | | | 09/03/2025 | 53,500.00 | Intercompany |
| | | | 09/29/2025 | 50,000.00 | Intercompany |
| | **TOTAL FOR IHC - ASHBROOK MT, LLC** | | | **867,195.00** | |
| 4.2 | IHC - Candle Light Cove MT, LLC | Debtor Entity | 02/06/2025 | 27,500.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 02/13/2025 | 25,700.00 | Intercompany |
| | | | 04/01/2025 | 606.00 | Intercompany |
| | | | 04/16/2025 | 5,000.00 | Intercompany |
| | | | 06/05/2025 | 49,300.00 | Intercompany |
| | | | 06/24/2025 | 24,571.45 | Intercompany |
| | | | 10/20/2025 | 15,458.63 | Intercompany |



GN DEFENDANTS EXHIBIT 2

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | **TOTAL FOR IHC - CANDLE LIGHT COVE MT, LLC** | | | **148,136.08** | |
| 4.3 | IHC - Hanover Propco, LLC | Debtor Entity | 02/04/2025 | 36,000.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 03/04/2025 | 36,000.00 | Intercompany |
| | | | 03/17/2025 | 29,414.74 | Intercompany |
| | | | 04/01/2025 | 36,500.00 | Intercompany |
| | | | 04/15/2025 | 500.00 | Intercompany |
| | | | 05/01/2025 | 36,000.00 | Intercompany |
| | | | 05/27/2025 | 100.00 | Intercompany |
| | | | 06/03/2025 | 37,000.00 | Intercompany |
| | | | 07/02/2025 | 36,000.00 | Intercompany |
| | | | 07/30/2025 | 37,000.00 | Intercompany |
| | | | 09/09/2025 | 37,000.00 | Intercompany |
| | **TOTAL FOR IHC - HANOVER PROPCO, LLC** | | | **321,514.74** | |
| 4.4 | IHC – Candle Light Cove DST | Debtor Entity | 10/03/2025 | 135,000.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 12/31/2025 | 54,000.00 | Intercompany |
| | **TOTAL FOR IHC – CANDLE LIGHT COVE DST** | | | **189,000.00** | |
| 4.5 | IHC – Harmony OpCo, LLC | Debtor Entity | 03/13/2025 | 75,000.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 03/27/2025 | 4,000.00 | Intercompany |
| | | | 04/15/2025 | 500.00 | Intercompany |
| | | | 05/29/2025 | 85,815.04 | Intercompany |
| | | | 06/06/2025 | 15,000.00 | Intercompany |
| | | | 10/28/2025 | 374.00 | Intercompany |
| | **TOTAL FOR IHC – HARMONY OPCO, LLC** | | | **180,689.04** | |
| 4.6 | IHC – Harmony PropCo, LLC | Debtor Entity | 04/15/2025 | 300.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | | | |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | **TOTAL FOR IHC – HARMONY PROPCO, LLC** | | | **300.00** | |
| 4.7 | IHC-Augusta II Propco, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 09/02/2025 | 100.00 | Intercompany |
| | **TOTAL FOR IHC-AUGUSTA II PROPCO, LLC** | | | **100.00** | |
| 4.8 | IHC-BI Holdings, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 02/11/2025 | 300,000.00 | Intercompany |
| | | | 05/22/2025 | 140.20 | Intercompany |
| | **TOTAL FOR IHC-BI HOLDINGS, LLC** | | | **300,140.20** | |
| 4.9 | IHC-Peachtree MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 02/13/2025 | 6,500.00 | Intercompany |
| | | | 04/16/2025 | 1,900.00 | Intercompany |
| | | | 06/11/2025 | 3,000.00 | Intercompany |
| | | | 07/17/2025 | 68,000.00 | Intercompany |
| | | | 09/02/2025 | 600.00 | Intercompany |
| | | | 09/29/2025 | 115,000.00 | Intercompany |
| | | | 12/10/2025 | 900.00 | Intercompany |
| | | | 01/27/2026 | 15,000.00 | Intercompany |
| | **TOTAL FOR IHC-PEACHTREE MT, LLC** | | | **210,900.00** | |
| 4.10 | Inspired Healthcare Capital Fund Services, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 05/15/2025 | 59,654.41 | Intercompany |
| | **TOTAL FOR INSPIRED HEALTHCARE CAPITAL FUND SERVICES, LLC** | | | **59,654.41** | |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| 4.11 | Inspired Healthcare Capital Holdings, LLC | Debtor Entity | 02/03/2025 | 823,400.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 02/13/2025 | 2,888,900.00 | Intercompany |
| | | | 03/13/2025 | 2,712,100.00 | Intercompany |
| | | | 03/31/2025 | 1,166,100.00 | Intercompany |
| | | | 04/01/2025 | 10,026.00 | Intercompany |
| | | | 04/11/2025 | 449,812.24 | Intercompany |
| | | | 04/14/2025 | 2,684,700.00 | Intercompany |
| | | | 04/15/2025 | 9,378.00 | Intercompany |
| | | | 04/30/2025 | 813,800.00 | Intercompany |
| | | | 05/14/2025 | 1,868,800.00 | Intercompany |
| | | | 05/29/2025 | 937,250.00 | Intercompany |
| | | | 06/12/2025 | 1,937,700.00 | Intercompany |
| | | | 06/30/2025 | 1,075,500.00 | Intercompany |
| | | | 07/31/2025 | 749,500.00 | Intercompany |
| | | | 08/14/2025 | 863,000.00 | Intercompany |
| | | | 09/03/2025 | 706,400.00 | Intercompany |
| | | | 09/25/2025 | 87,000.00 | Intercompany |
| | | | 10/28/2025 | 138,382.00 | Intercompany |
| | **TOTAL FOR INSPIRED HEALTHCARE CAPITAL HOLDINGS, LLC** | | | **19,921,748.24** | |
| 4.12 | Inspired Healthcare Capital, LLC | Debtor Entity | 02/20/2025 | 86,157.31 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 03/10/2025 | 1,100,000.00 | Intercompany |
| | | | 03/18/2025 | 211,000.00 | Intercompany |
| | | | 04/15/2025 | 450,000.00 | Intercompany |
| | | | 08/12/2025 | 60,000.00 | Intercompany |
| | | | 08/13/2025 | 314,874.59 | Intercompany |
| | | | 09/10/2025 | 74,654.00 | Intercompany |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 09/23/2025 | 30,000.00 | Intercompany |
| | | | 10/14/2025 | 260,000.00 | Intercompany |
| | | | 10/16/2025 | 2,338,439.84 | Intercompany |
| | | | 10/22/2025 | 835.75 | Intercompany |
| | | | 01/09/2026 | 350,000.00 | Intercompany |
| | | | 01/30/2026 | 1,300,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED HEALTHCARE CAPITAL, LLC** | | | **6,575,961.49** | |
| 4.13 | Inspired Senior Living of Appleton MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 03/11/2025 | 164.00 | Intercompany |
| | | | 04/02/2025 | 50,000.00 | Intercompany |
| | | | 07/15/2025 | 1,046.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF APPLETON MT, LLC** | | | **51,210.00** | |
| 4.14 | Inspired Senior Living of Arlington Heights MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 04/11/2025 | 370.25 | Intercompany |
| | | | 04/17/2025 | 500.00 | Intercompany |
| | | | 05/15/2025 | 370.25 | Intercompany |
| | | | 07/15/2025 | 900.00 | Intercompany |
| | | | 10/20/2025 | 114,800.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF ARLINGTON HEIGHTS MT, LLC** | | | **116,940.50** | |
| 4.15 | Inspired Senior Living of Athens MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 10/20/2025 | 215,566.28 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF ATHENS MT, LLC** | | | **215,566.28** | |
| 4.16 | Inspired Senior Living of Augusta MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 03/03/2025 | 86,200.00 | Intercompany |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | **TOTAL FOR INSPIRED SENIOR LIVING OF AUGUSTA MT, LLC** | | | **86,200.00** | |
| 4.17 | Inspired Senior Living of Brookhaven MT, LLC | Debtor Entity | 03/11/2025 | 149.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 10/20/2025 | 6,662.53 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF BROOKHAVEN MT, LLC** | | | **6,811.53** | |
| 4.18 | Inspired Senior Living of Carson Valley MT, LLC | Debtor Entity | 02/26/2025 | 1,300.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 03/27/2025 | 26,000.00 | Intercompany |
| | | | 05/22/2025 | 1,357.75 | Intercompany |
| | | | 10/02/2025 | 20,000.00 | Intercompany |
| | | | 10/20/2025 | 58,200.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF CARSON VALLEY MT, LLC** | | | **106,857.75** | |
| 4.19 | Inspired Senior Living of Chesterfield MT, LLC | Debtor Entity | 02/13/2025 | 7,000.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 03/06/2025 | 8,100.00 | Intercompany |
| | | | 03/13/2025 | 39,000.00 | Intercompany |
| | | | 03/17/2025 | 900.00 | Intercompany |
| | | | 03/27/2025 | 2,000.00 | Intercompany |
| | | | 04/16/2025 | 150.00 | Intercompany |
| | | | 04/17/2025 | 500.00 | Intercompany |
| | | | 04/22/2025 | 22,449.00 | Intercompany |
| | | | 05/13/2025 | 6,500.00 | Intercompany |
| | | | 06/11/2025 | 11,000.00 | Intercompany |
| | | | 07/17/2025 | 56,000.00 | Intercompany |
| | | | 07/29/2025 | 31,653.34 | Intercompany |
| | | | 09/10/2025 | 77,000.00 | Intercompany |
| | | | 09/25/2025 | 100,000.00 | Intercompany |



**GN DEFENDANTS EXHIBIT 2**

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 09/29/2025 | 34,000.00 | Intercompany |
| | | | 12/23/2025 | 55,700.00 | Intercompany |
| | | | 01/27/2026 | 31,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF CHESTERFIELD MT, LLC** | | | **482,952.34** | |
| 4.20 | Inspired Senior Living of Creswell Development, LLC | Debtor Entity | 02/06/2025 | 346,328.93 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 02/10/2025 | 1,000,000.00 | Intercompany |
| | | | 02/12/2025 | 195,291.24 | Intercompany |
| | | | 02/14/2025 | 622,264.69 | Intercompany |
| | | | 02/19/2025 | 900,000.00 | Intercompany |
| | | | 02/21/2025 | 233,000.00 | Intercompany |
| | | | 02/24/2025 | 994,733.40 | Intercompany |
| | | | 02/25/2025 | 130,000.00 | Intercompany |
| | | | 03/03/2025 | 807,747.46 | Intercompany |
| | | | 03/05/2025 | 982,417.60 | Intercompany |
| | | | 03/07/2025 | 355,796.96 | Intercompany |
| | | | 03/13/2025 | 462,768.44 | Intercompany |
| | | | 03/18/2025 | 814,380.15 | Intercompany |
| | | | 03/24/2025 | 205,199.50 | Intercompany |
| | | | 03/26/2025 | 396,378.00 | Intercompany |
| | | | 04/02/2025 | 691,301.05 | Intercompany |
| | | | 04/07/2025 | 625,984.38 | Intercompany |
| | | | 04/09/2025 | 220,932.00 | Intercompany |
| | | | 04/15/2025 | 1,200.00 | Intercompany |
| | | | 04/16/2025 | 1,128,930.86 | Intercompany |
| | | | 04/17/2025 | 37,000.00 | Intercompany |
| | | | 04/23/2025 | 513,342.00 | Intercompany |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 04/30/2025 | 298,908.00 | Intercompany |
| | | | 05/01/2025 | 48,433.07 | Intercompany |
| | | | 05/08/2025 | 493,848.00 | Intercompany |
| | | | 05/12/2025 | 412,863.79 | Intercompany |
| | | | 05/13/2025 | 11,000.00 | Intercompany |
| | | | 05/15/2025 | 311,904.00 | Intercompany |
| | | | 06/03/2025 | 42,474.00 | Intercompany |
| | | | 06/17/2025 | 605,530.70 | Intercompany |
| | | | 06/23/2025 | 12,996.00 | Intercompany |
| | | | 07/17/2025 | 18,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF CRESWELL DEVELOPMENT, LLC** | | | **13,920,954.22** | |
| 4.21 | Inspired Senior Living of Dartmouth MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 02/13/2025 | 4,200.00 | Intercompany |
| | | | 03/13/2025 | 27,000.00 | Intercompany |
| | | | 10/20/2025 | 114,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF DARTMOUTH MT, LLC** | | | **145,200.00** | |
| 4.22 | Inspired Senior Living of Delray Beach MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 02/03/2025 | 1,200.00 | Intercompany |
| | | | 03/03/2025 | 157,100.00 | Intercompany |
| | | | 03/14/2025 | 1,500.00 | Intercompany |
| | | | 03/19/2025 | 7,400.00 | Intercompany |
| | | | 03/31/2025 | 468,309.97 | Intercompany |
| | | | 04/11/2025 | 270.00 | Intercompany |
| | | | 04/15/2025 | 1,299.00 | Intercompany |
| | | | 04/17/2025 | 14,000.00 | Intercompany |
| | | | 05/14/2025 | 17,000.00 | Intercompany |
| | | | 07/17/2025 | 195,000.00 | Intercompany |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 09/29/2025 | 185,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF DELRAY BEACH MT, LLC** | | | **1,048,078.97** | |
| 4.23 | Inspired Senior Living of Dunedin MT, LLC | Debtor Entity | 02/21/2025 | 21,000.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 03/03/2025 | 87,400.00 | Intercompany |
| | | | 03/31/2025 | 87,709.26 | Intercompany |
| | | | 04/11/2025 | 5,983.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF DUNEDIN MT, LLC** | | | **202,092.26** | |
| 4.24 | Inspired Senior Living of Eatonton MT, LLC | Debtor Entity | 10/20/2025 | 81,000.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | | | |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF EATONTON MT, LLC** | | | **81,000.00** | |
| 4.25 | Inspired Senior Living of Eugene MT, LLC | Debtor Entity | 02/13/2025 | 29,500.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 02/21/2025 | 21,000.00 | Intercompany |
| | | | 03/03/2025 | 110,700.00 | Intercompany |
| | | | 05/01/2025 | 700.00 | Intercompany |
| | | | 05/22/2025 | 900.00 | Intercompany |
| | | | 05/23/2025 | 5,650.00 | Intercompany |
| | | | 07/25/2025 | 30,000.00 | Intercompany |
| | | | 10/20/2025 | 253,024.78 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF EUGENE MT, LLC** | | | **451,474.78** | |
| 4.26 | Inspired Senior Living of Fort Myers MT, LLC | Debtor Entity | 02/13/2025 | 500.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 03/19/2025 | 5,500.00 | Intercompany |
| | | | 03/31/2025 | 85,570.29 | Intercompany |
| | | | 04/22/2025 | 13,550.00 | Intercompany |
| | | | 06/06/2025 | 69,000.00 | Intercompany |



GN DEFENDANTS EXHIBIT 2

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 07/17/2025 | 188,000.00 | Intercompany |
| | | | 09/29/2025 | 137,000.00 | Intercompany |
| | | | 10/21/2025 | 55,000.00 | Intercompany |
| | | | 11/17/2025 | 186,600.00 | Intercompany |
| | | | 11/28/2025 | 50,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF FORT MYERS MT, LLC** | | | **790,720.29** | |
| 4.27 | Inspired Senior Living of Grapevine MT, LLC | Debtor Entity | 02/13/2025 | 12,100.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 02/26/2025 | 5,100.00 | Intercompany |
| | | | 04/04/2025 | 25,233.15 | Intercompany |
| | | | 04/17/2025 | 12,000.00 | Intercompany |
| | | | 05/22/2025 | 102,526.54 | Intercompany |
| | | | 07/14/2025 | 91,490.43 | Intercompany |
| | | | 09/15/2025 | 91,500.00 | Intercompany |
| | | | 09/25/2025 | 15,000.00 | Intercompany |
| | | | 09/26/2025 | 79,000.00 | Intercompany |
| | | | 10/02/2025 | 74,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF GRAPEVINE MT, LLC** | | | **507,950.12** | |
| 4.28 | Inspired Senior Living of Hamilton MT, LLC | Debtor Entity | 02/21/2025 | 21,000.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 07/14/2025 | 285,588.52 | Intercompany |
| | | | 08/14/2025 | 285,600.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF HAMILTON MT, LLC** | | | **592,188.52** | |
| 4.29 | Inspired Senior Living of Hanover, LLC | Debtor Entity | 02/13/2025 | 32,000.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 03/13/2025 | 39,000.00 | Intercompany |
| | | | 04/10/2025 | 74,357.43 | Intercompany |
| | | | 04/17/2025 | 31,000.00 | Intercompany |

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 05/13/2025 | 78,000.00 | Intercompany |
| | | | 06/06/2025 | 24,000.00 | Intercompany |
| | | | 07/17/2025 | 44,000.00 | Intercompany |
| | | | 07/21/2025 | 22,000.00 | Intercompany |
| | | | 07/25/2025 | 32,000.00 | Intercompany |
| | | | 08/06/2025 | 160,000.00 | Intercompany |
| | | | 08/21/2025 | 2,000.00 | Intercompany |
| | | | 09/10/2025 | 61,000.00 | Intercompany |
| | | | 09/25/2025 | 90,000.00 | Intercompany |
| | | | 09/29/2025 | 124,000.00 | Intercompany |
| | | | 11/06/2025 | 55,000.00 | Intercompany |
| | | | 11/17/2025 | 81,500.00 | Intercompany |
| | | | 11/25/2025 | 4,302.29 | Intercompany |
| | | | 12/09/2025 | 3,000.00 | Intercompany |
| | | | 12/23/2025 | 115,000.00 | Intercompany |
| | | | 01/15/2026 | 10,000.00 | Intercompany |
| | | | 01/27/2026 | 136,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF HANOVER, LLC** | | | **1,218,159.72** | |
| 4.30 | Inspired Senior Living of Lake Orion MT, LLC | Debtor Entity | 02/13/2025 | 800.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 03/17/2025 | 900.00 | Intercompany |
| | | | 04/16/2025 | 150.00 | Intercompany |
| | | | 04/17/2025 | 10,000.00 | Intercompany |
| | | | 07/17/2025 | 116,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF LAKE ORION MT, LLC** | | | **127,850.00** | |
| 4.31 | Inspired Senior Living of Largo MT, LLC | Debtor Entity | 03/19/2025 | 17,600.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | | | |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 03/20/2025 | 4,400.00 | Intercompany |
| | | | 03/31/2025 | 85,483.76 | Intercompany |
| | | | 04/16/2025 | 150.00 | Intercompany |
| | | | 06/05/2025 | 4,400.00 | Intercompany |
| | | | 06/12/2025 | 10,500.00 | Intercompany |
| | | | 07/17/2025 | 71,000.00 | Intercompany |
| | | | 09/03/2025 | 17,600.00 | Intercompany |
| | | | 09/29/2025 | 73,000.00 | Intercompany |
| | | | 10/02/2025 | 500.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF LARGO MT, LLC** | | | **284,633.76** | |
| 4.32 | Inspired Senior Living of Las Vegas MT, LLC | Debtor Entity | 02/13/2025 | 4,800.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 04/17/2025 | 5,000.00 | Intercompany |
| | | | 06/03/2025 | 50,000.00 | Intercompany |
| | | | 07/17/2025 | 1,000.00 | Intercompany |
| | | | 08/18/2025 | 175,000.00 | Intercompany |
| | | | 09/29/2025 | 18,000.00 | Intercompany |
| | | | 10/02/2025 | 80,000.00 | Intercompany |
| | | | 12/09/2025 | 1,000.00 | Intercompany |
| | | | 12/23/2025 | 119,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF LAS VEGAS MT, LLC** | | | **453,800.00** | |
| 4.33 | Inspired Senior Living of Melbourne MT, LLC | Debtor Entity | 03/03/2025 | 103,300.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 03/31/2025 | 117,874.00 | Intercompany |
| | | | 04/15/2025 | 1,299.00 | Intercompany |
| | | | 06/06/2025 | 54,000.00 | Intercompany |
| | | | 07/17/2025 | 105,000.00 | Intercompany |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 07/25/2025 | 6,100.00 | Intercompany |
| | | | 09/29/2025 | 90,000.00 | Intercompany |
| | | | 10/21/2025 | 81,270.57 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF MELBOURNE MT, LLC** | | | **558,843.57** | |
| 4.34 | Inspired Senior Living of Mequon MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 10/20/2025 | 59,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF MEQUON MT, LLC** | | | **59,000.00** | |
| 4.35 | Inspired Senior Living of Naperville MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 04/16/2025 | 150.00 | Intercompany |
| | | | 07/02/2025 | 50,000.00 | Intercompany |
| | | | 10/20/2025 | 125,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF NAPERVILLE MT, LLC** | | | **175,150.00** | |
| 4.36 | Inspired Senior Living of New Braunfels MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 02/13/2025 | 20,900.00 | Intercompany |
| | | | 10/20/2025 | 200,106.52 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF NEW BRAUNFELS MT, LLC** | | | **221,006.52** | |
| 4.37 | Inspired Senior Living of North Haven MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 02/21/2025 | 21,000.00 | Intercompany |
| | | | 10/20/2025 | 19,686.53 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF NORTH HAVEN MT, LLC** | | | **40,686.53** | |
| 4.38 | Inspired Senior Living of Payson Development, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 04/15/2025 | 200.00 | Intercompany |



**GN DEFENDANTS EXHIBIT 2**

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | **TOTAL FOR INSPIRED SENIOR LIVING OF PAYSON DEVELOPMENT, LLC** | | | **200.00** | |
| 4.39 | Inspired Senior Living of Pinellas Park MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 03/31/2025 | 90,588.69 | Intercompany |
| | | | 04/02/2025 | 7,500.00 | Intercompany |
| | | | 04/11/2025 | 15,000.00 | Intercompany |
| | | | 07/17/2025 | 32,000.00 | Intercompany |
| | | | 07/29/2025 | 7,900.00 | Intercompany |
| | | | 09/29/2025 | 60,000.00 | Intercompany |
| | | | 10/22/2025 | 34,542.79 | Intercompany |
| | | | 12/16/2025 | 5,000.00 | Intercompany |
| | | | 01/15/2026 | 49,000.00 | Intercompany |
| | | | 01/27/2026 | 52,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF PINELLAS PARK MT, LLC** | | | **353,531.48** | |
| 4.40 | Inspired Senior Living of Reno MT, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 02/27/2025 | 83,000.00 | Intercompany |
| | | | 03/03/2025 | 138,200.00 | Intercompany |
| | | | 03/11/2025 | 457.75 | Intercompany |
| | | | 03/13/2025 | 153,200.00 | Intercompany |
| | | | 04/07/2025 | 3,400.00 | Intercompany |
| | | | 04/14/2025 | 143,600.00 | Intercompany |
| | | | 04/17/2025 | 5,000.00 | Intercompany |
| | | | 04/23/2025 | 146,000.00 | Intercompany |
| | | | 05/22/2025 | 129,513.24 | Intercompany |
| | | | 06/18/2025 | 116,000.00 | Intercompany |
| | | | 10/20/2025 | 55,400.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF RENO MT, LLC** | | | **973,770.99** | |

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| 4.41 | Inspired Senior Living of Round Rock MT, LLC | Debtor Entity | 03/13/2025 | 130,600.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 04/11/2025 | 212.50 | Intercompany |
| | | | 04/14/2025 | 130,500.00 | Intercompany |
| | | | 04/23/2025 | 79,000.00 | Intercompany |
| | | | 05/22/2025 | 1,098.00 | Intercompany |
| | | | 07/17/2025 | 14,000.00 | Intercompany |
| | | | 07/25/2025 | 30,000.00 | Intercompany |
| | | | 12/23/2025 | 55,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF ROUND ROCK MT, LLC** | | | **440,410.50** | |
| 4.42 | Inspired Senior Living of San Marcos MT, LLC | Debtor Entity | 02/26/2025 | 11,500.00 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 03/13/2025 | 161,400.00 | Intercompany |
| | | | 04/11/2025 | 2,101.50 | Intercompany |
| | | | 04/14/2025 | 161,500.00 | Intercompany |
| | | | 04/15/2025 | 399.00 | Intercompany |
| | | | 04/16/2025 | 200.00 | Intercompany |
| | | | 04/23/2025 | 71,000.00 | Intercompany |
| | | | 06/11/2025 | 19,000.00 | Intercompany |
| | | | 10/20/2025 | 181,200.00 | Intercompany |
| | | | 10/28/2025 | 900.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF SAN MARCOS MT, LLC** | | | **609,200.50** | |
| 4.43 | Inspired Senior Living of San Tan Development, LLC | Debtor Entity | 03/07/2025 | 16,153.50 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 04/28/2025 | 20,000.00 | Intercompany |
| | | | 05/20/2025 | 9,000.00 | Intercompany |
| | | | 07/14/2025 | 9,000.00 | Intercompany |



GN DEFENDANTS EXHIBIT 2

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | **TOTAL FOR INSPIRED SENIOR LIVING OF SAN TAN DEVELOPMENT, LLC** | | | **54,153.50** | |
| 4.44 | Inspired Senior Living of St. Petersburg MT, LLC | Debtor Entity | 02/10/2025 | 18,872.50 | Intercompany |
| | 7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | | 02/27/2025 | 27,000.00 | Intercompany |
| | | | 03/03/2025 | 94,000.00 | Intercompany |
| | | | 03/13/2025 | 92,100.00 | Intercompany |
| | | | 03/17/2025 | 450.00 | Intercompany |
| | | | 03/31/2025 | 110,276.69 | Intercompany |
| | | | 04/10/2025 | 171,567.30 | Intercompany |
| | | | 04/14/2025 | 109,800.00 | Intercompany |
| | | | 04/15/2025 | 399.00 | Intercompany |
| | | | 04/17/2025 | 17,000.00 | Intercompany |
| | | | 04/18/2025 | 13,000.00 | Intercompany |
| | | | 04/23/2025 | 233,000.00 | Intercompany |
| | | | 05/13/2025 | 49,000.00 | Intercompany |
| | | | 05/14/2025 | 12,000.00 | Intercompany |
| | | | 05/22/2025 | 89,094.54 | Intercompany |
| | | | 05/29/2025 | 21,000.00 | Intercompany |
| | | | 06/06/2025 | 313,000.00 | Intercompany |
| | | | 06/11/2025 | 24,000.00 | Intercompany |
| | | | 06/18/2025 | 230,000.00 | Intercompany |
| | | | 07/17/2025 | 279,000.00 | Intercompany |
| | | | 09/23/2025 | 30,000.00 | Intercompany |
| | | | 09/29/2025 | 125,000.00 | Intercompany |
| | | | 10/21/2025 | 135,000.00 | Intercompany |
| | | | 11/17/2025 | 146,100.00 | Intercompany |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC — Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 01/27/2026 | 29,000.00 | Intercompany |
| | **TOTAL FOR INSPIRED SENIOR LIVING OF ST. PETERSBURG MT, LLC** | | | **2,369,660.03** | |
| 4.45 | Lucas Construction Holdings, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 03/06/2025 | 10,795.93 | Intercompany |
| | **TOTAL FOR LUCAS CONSTRUCTION HOLDINGS, LLC** | | | **10,795.93** | |
| 4.46 | Nsite Development, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 03/06/2025 | 17,538.40 | Intercompany |
| | | | 04/29/2025 | 22,500.00 | Intercompany |
| | | | 06/12/2025 | 56,000.00 | Intercompany |
| | | | 08/14/2025 | 21,500.00 | Intercompany |
| | | | 08/28/2025 | 22,000.00 | Intercompany |
| | | | 09/10/2025 | 22,000.00 | Intercompany |
| | | | 09/26/2025 | 21,050.32 | Intercompany |
| | | | 10/14/2025 | 47,000.00 | Intercompany |
| | **TOTAL FOR NSITE DEVELOPMENT, LLC** | | | **229,588.72** | |
| 4.47 | Volante HoldCo, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 02/03/2025 | 50,000.00 | Intercompany |
| | | | 02/13/2025 | 400,000.00 | Intercompany |
| | | | 02/21/2025 | 200,315.50 | Intercompany |
| | | | 02/27/2025 | 510,000.00 | Intercompany |
| | | | 03/14/2025 | 117,000.00 | Intercompany |
| | | | 03/28/2025 | 460,000.00 | Intercompany |
| | | | 04/23/2025 | 413,000.00 | Intercompany |
| | | | 04/29/2025 | 340,000.00 | Intercompany |
| | | | 06/04/2025 | 145,000.00 | Intercompany |



**GN DEFENDANTS EXHIBIT 2**

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| | Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|---|
| | | | 06/12/2025 | 253,000.00 | Intercompany |
| | | | 06/27/2025 | 220,000.00 | Intercompany |
| | | | 07/16/2025 | 232,000.00 | Intercompany |
| | | | 07/22/2025 | 71,000.00 | Intercompany |
| | | | 07/31/2025 | 59,400.00 | Intercompany |
| | **TOTAL FOR VOLANTE HOLDCO, LLC** | | | **3,470,715.50** | |
| 4.48 | Volante Senior Living, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 04/29/2025 | 340,000.00 | Intercompany |
| | | | 11/19/2025 | 575,111.12 | Intercompany |
| | **TOTAL FOR VOLANTE SENIOR LIVING, LLC** | | | **915,111.12** | |
| 4.49 | VSL-Ashbrook GA, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 02/27/2025 | 28,000.00 | Intercompany |
| | | | 03/13/2025 | 8,000.00 | Intercompany |
| | | | 04/11/2025 | 4,534.40 | Intercompany |
| | | | 04/17/2025 | 11,000.00 | Intercompany |
| | | | 06/11/2025 | 2,000.00 | Intercompany |
| | | | 07/17/2025 | 156,000.00 | Intercompany |
| | **TOTAL FOR VSL-ASHBROOK GA, LLC** | | | **209,534.40** | |
| 4.50 | VSL-Hamilton NJ, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 04/14/2025 | 23,609.11 | Intercompany |
| | **TOTAL FOR VSL-HAMILTON NJ, LLC** | | | **23,609.11** | |
| 4.51 | Winery Lane Senior Living, LLC<br>7033 E Greenway, Suite 250, Scottsdale, AZ 85254 | Debtor Entity | 02/06/2025 | 657,411.08 | Intercompany |
| | | | 03/07/2025 | 348,062.11 | Intercompany |
| | | | 03/24/2025 | 215,332.00 | Intercompany |
| | | | 04/07/2025 | 719,114.05 | Intercompany |



GN DEFENDANTS EXHIBIT 2

# EXHIBIT P2, Q4 - PAYMENTS TO INSIDERS WITHIN 1 YEAR

| Insider name and address | Relationship | Dates | Amount ($) | Reason |
|---|---|---|---|---|
| | | 04/15/2025 | 1,500.00 | Intercompany |
| | | 04/17/2025 | 7,200.00 | Intercompany |
| | | 04/23/2025 | 8,000.00 | Intercompany |
| | | 05/12/2025 | 692,461.45 | Intercompany |
| | | 05/13/2025 | 8,000.00 | Intercompany |
| | | 05/22/2025 | 5,010.58 | Intercompany |
| | | 06/03/2025 | 43,934.00 | Intercompany |
| | | 06/17/2025 | 891,265.61 | Intercompany |
| | | 06/23/2025 | 396,378.00 | Intercompany |
| | | 06/26/2025 | 740,592.63 | Intercompany |
| | | 07/17/2025 | 18,000.00 | Intercompany |
| **TOTAL FOR WINERY LANE SENIOR LIVING, LLC** | | | **4,752,261.51** | |
| **GRAND TOTAL** | | | **65,133,210.15** | |

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P3, Q7 - LEGAL ACTIONS

| | Case Title | Nature | Court Name and Address | Case No. | Status |
|---|---|---|---|---|---|
| 7.1 | Emerson Equity Bridge Fund I, LLC v. Inspired Healthcare Capital LLC, Inspired Healthcare Capital Holdings, LLC, Luke Lee, and Does 1-10 | Breach of contract and misrepresentation | Superior Court of the State of California, Los Angeles County<br>600 S Commonwealth Ave, Los Angeles, CA 90005 | 25VECV05053 | PENDING |
| 7.2 | Integrity Life Insurance Company v. Inspired Senior Living of Augusta St. LLC, Inspired Senior Living of Augusta DST, Inspired Senior Living of Augusta MT LLC: Inspired Healthcare Capital Holdings LLC, et al. | Contract | Columbia County Superior Court, Evans Georgia<br>640 Ronald Reagan Dr, Evans, GA 30809 | 2025ECV1484 | PENDING |
| 7.3 | Synovus Bank v. Inspired Senior Living of Melbourne St. LLC, as the signatory trustee of Inspired Senior Living of Melbourne DSP, Inspired Senior Living of Melbourne DST, Inspired Healthcare Capital Holdings LLC, et al. | Defendants owe plaintiff for an outstanding loan balance | Brevard County Circuit Court, Titusville Florida<br>400 South St, Titusville, FL 32780 | 05-2025-CA-061092-X XCA-BC | PENDING |
| 7.4 | Synovus Bank v. Inspired Senior Living of Reno St. LLC, as the signatory trustee of Inspired Senior Living of Reno DST, Inspired Healthcare Capital Holdings LLC | Collections | Washoe County District Court, Reno Nevada<br>75 Court St, Reno, NV 89501 | CV25-02871 | PENDING |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P7, Q14 - PREVIOUS ADDRESSES

| | Address | From | To |
|---|---|---|---|
| 14.1 | 7047 E Greenway Pkwy, Suite 300, Scottsdale, AZ 85254 | 01/01/2023 | 01/01/2025 |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC

Case No. 26-90004

# EXHIBIT P10, Q18 - CLOSED FINANCIAL ACCOUNTS

| | Institution | Address | Account Type | Last 4 | Date Closed | Balance ($) |
|---|---|---|---|---|---|---|
| 18.1 | NATIONAL BANK OF ARIZONA | 6001 N 24TH STREET, PHOENIX, AZ 85016 | Checking | x4437 | 05/31/2025 | 0.00 |
| 18.2 | Western Alliance Bank | 1 EAST WASHINGTON STREET, PHOENIX, AZ 85004 | Checking | x8487 | 03/31/2025 | 0.00 |
| 18.3 | Western Alliance Bank | 1 EAST WASHINGTON STREET, PHOENIX, AZ 85004 | Checking | x1964 | 03/31/2025 | 0.00 |
| 18.4 | Western Alliance Bank | 1 EAST WASHINGTON STREET, PHOENIX, AZ 85004 | Checking | x9718 | 03/31/2025 | 0.00 |
| 18.5 | Western Alliance Bank | 1 EAST WASHINGTON STREET, PHOENIX, AZ 85004 | Checking | x1370 | 03/31/2025 | 0.00 |
| 18.6 | Western Alliance Bank | 1 EAST WASHINGTON STREET, PHOENIX, AZ 85004 | Checking | x4972 | 04/30/2025 | 0.00 |
| 18.7 | Western Alliance Bank | 1 EAST WASHINGTON STREET, PHOENIX, AZ 85004 | Checking | x0270 | 01/14/2026 | 0.00 |
| 18.8 | Western Alliance Bank | 1 EAST WASHINGTON STREET, PHOENIX, AZ 85004 | Checking | x9029 | 01/14/2026 | 0.00 |
| 18.9 | Western Alliance Bank | 1 EAST WASHINGTON STREET, PHOENIX, AZ 85004 | Checking | x3729 | 01/14/2026 | 0.00 |
| 18.10 | Western Alliance Bank | 1 EAST WASHINGTON STREET, PHOENIX, AZ 85004 | Checking | x0385 | 01/14/2026 | 0.00 |
| | | | | | **Total** | **0.00** |



**GN DEFENDANTS EXHIBIT 2**

Debtor: Inspired Healthcare Capital Holdings, LLC    Case No. 26-90004

# EXHIBIT P13, Q25 - OTHER BUSINESSES INTERESTS

| | Business Name | Address | Nature of Business | EIN | From | To |
|---|---|---|---|---|---|---|
| 25.1 | Cre8tive Holdings, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Holdco | 88-0642057 | 01/19/2022 | Current |
| 25.2 | Creswell Senior Living, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 87-1938283 | 09/09/2021 | Current |
| 25.3 | IHC - Ashbrook MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 85-2608192 | 10/19/2020 | Current |
| 25.4 | IHC - Ashbrook ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 85-2698511 | 10/19/2020 | Current |
| 25.5 | IHC - Candle Light Cove MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 87-1117309 | 04/29/2021 | Current |
| 25.6 | IHC - Candle Light Cove ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 87-1163633 | 04/29/2021 | Current |
| 25.7 | IHC - Hanover Propco, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 86-3679129 | 02/23/2021 | Current |
| 25.8 | IHC – Harmony OpCo, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 85-4071764 | 11/24/2020 | Current |
| 25.9 | IHC – Harmony PropCo, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 86-3679129 | 11/24/2020 | Current |
| 25.10 | IHC-Augusta II Propco, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 33-4715786 | 03/07/2025 | Current |
| 25.11 | IHC-BI Holdings, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Holdco | 99-1017549 | 12/28/2023 | Current |
| 25.12 | IHC-Cinnaminson Urban Renewal MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant (Dormant) | n/a | n/a | Current |
| 25.13 | IHC-Peachtree MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 86-1666755 | 01/07/2021 | Current |
| 25.14 | IHC-Peachtree ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 86-1698942 | 01/07/2021 | Current |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P13, Q25 - OTHER BUSINESSES INTERESTS

| | Business Name | Address | Nature of Business | EIN | From | To |
|---|---|---|---|---|---|---|
| 25.15 | Innov8tion Holdings, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Holdco | 92-4019285 | 05/09/2023 | Current |
| 25.16 | Inspired Care Homes, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Ancillary Business | n/a | 02/17/2021 | Current |
| 25.17 | Inspired Healthcare Capital Fund Services, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Investor Distribution Services | 86-1470447 | 01/12/2021 | Current |
| 25.18 | Inspired Senior Living of Appleton MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 87-4491469 | 12/30/2021 | Current |
| 25.19 | Inspired Senior Living of Appleton ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 87-4532139 | 12/30/2021 | Current |
| 25.20 | Inspired Senior Living of Arlington Heights MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 87-2761704 | 09/15/2021 | Current |
| 25.21 | Inspired Senior Living of Arlington Heights ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 87-2896594 | 09/15/2021 | Current |
| 25.22 | Inspired Senior Living of Athens MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 87-1527364 | 07/01/2021 | Current |
| 25.23 | Inspired Senior Living of Athens ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 87-1553932 | 07/01/2021 | Current |
| 25.24 | Inspired Senior Living of Augusta MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-2802685 | 05/13/2022 | Current |
| 25.25 | Inspired Senior Living of Augusta ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-3218351 | 05/13/2022 | Current |
| 25.26 | Inspired Senior Living of Beaverton Depositor, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Facilitated Acquisition of Communities (Dormant) | n/a | n/a | Current |
| 25.27 | Inspired Senior Living of Beaverton MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant (Dormant) | n/a | n/a | Current |
| 25.28 | Inspired Senior Living of Beaverton ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee (Dormant) | n/a | n/a | Current |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P13, Q25 - OTHER BUSINESSES INTERESTS

| | Business Name | Address | Nature of Business | EIN | From | To |
|---|---|---|---|---|---|---|
| 25.29 | Inspired Senior Living of Brookhaven MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 87-1763882 | 07/01/2021 | Current |
| 25.30 | Inspired Senior Living of Brookhaven ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 87-1720933 | 07/01/2021 | Current |
| 25.31 | Inspired Senior Living of Carson Valley MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 87-2652932 | 09/16/2021 | Current |
| 25.32 | Inspired Senior Living of Carson Valley ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 87-2715643 | 09/16/2021 | Current |
| 25.33 | Inspired Senior Living of Chesterfield MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-1295702 | 03/17/2022 | Current |
| 25.34 | Inspired Senior Living of Chesterfield ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-1375762 | 03/17/2022 | Current |
| 25.35 | Inspired Senior Living of Cinnaminson Depositor, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Facilitated Acquisition of Communities (Dormant) | n/a | n/a | Current |
| 25.36 | Inspired Senior Living of Cinnaminson ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee (Dormant) | n/a | n/a | Current |
| 25.37 | Inspired Senior Living of Creswell Development, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 87-1906329 | 01/17/2023 | Current |
| 25.38 | Inspired Senior Living of Dartmouth MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 93-1609369 | 02/09/2023 | Current |
| 25.39 | Inspired Senior Living of Dartmouth ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 93-1647927 | 02/09/2023 | Current |
| 25.40 | Inspired Senior Living of Delray Beach MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-3002853 | 06/23/2022 | Current |
| 25.41 | Inspired Senior Living of Delray Beach ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-3754777 | 06/23/2022 | Current |
| 25.42 | Inspired Senior Living of Dunedin MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-2081292 | 04/13/2022 | Current |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC | Case No. 26-90004

# EXHIBIT P13, Q25 - OTHER BUSINESSES INTERESTS

| | Business Name | Address | Nature of Business | EIN | From | To |
|---|---|---|---|---|---|---|
| 25.43 | Inspired Senior Living of Dunedin ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-2138367 | 04/13/2022 | Current |
| 25.44 | Inspired Senior Living of Eatonton Depositor LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Facilitated Acquisition of Communities (Dormant) | n/a | n/a | Current |
| 25.45 | Inspired Senior Living of Eatonton MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 33-2889806 | 01/13/2025 | Current |
| 25.46 | Inspired Senior Living of Eatonton ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 33-3201277 | 01/13/2025 | Current |
| 25.47 | Inspired Senior Living of Eugene MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 92-1158493 | 09/30/2022 | Current |
| 25.48 | Inspired Senior Living of Eugene ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 92-1357621 | 09/30/2022 | Current |
| 25.49 | Inspired Senior Living of Fort Myers MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-2413268 | 05/05/2022 | Current |
| 25.50 | Inspired Senior Living of Fort Myers ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-2551765 | 05/05/2022 | Current |
| 25.51 | Inspired Senior Living of Grapevine MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-3095038 | 06/24/2022 | Current |
| 25.52 | Inspired Senior Living of Grapevine ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-3801507 | 06/24/2022 | Current |
| 25.53 | Inspired Senior Living of Hamilton MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 87-4682215 | 01/04/2022 | Current |
| 25.54 | Inspired Senior Living of Hamilton ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-0531662 | 01/04/2022 | Current |
| 25.55 | Inspired Senior Living of Hanover, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 86-3650219 | 02/23/2021 | Current |
| 25.56 | Inspired Senior Living of Kennewick Depositor LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Facilitated Acquisition of Communities (Dormant) | n/a | n/a | Current |



**GN DEFENDANTS EXHIBIT 2**

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P13, Q25 - OTHER BUSINESSES INTERESTS

| | Business Name | Address | Nature of Business | EIN | From | To |
|---|---|---|---|---|---|---|
| 25.57 | Inspired Senior Living of Kennewick MT LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant (Dormant) | n/a | n/a | Current |
| 25.58 | Inspired Senior Living of Kennewick ST LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee (Dormant) | n/a | n/a | Current |
| 25.59 | Inspired Senior Living of Lake Orion MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-1459464 | 03/17/2022 | Current |
| 25.60 | Inspired Senior Living of Lake Orion ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-1500370 | 03/17/2022 | Current |
| 25.61 | Inspired Senior Living of Largo MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-1932562 | 04/13/2022 | Current |
| 25.62 | Inspired Senior Living of Largo ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-1980357 | 04/13/2022 | Current |
| 25.63 | Inspired Senior Living of Las Vegas MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 86-3732907 | 04/29/2021 | Current |
| 25.64 | Inspired Senior Living of Las Vegas ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 86-3752784 | 04/29/2021 | Current |
| 25.65 | Inspired Senior Living of Melbourne MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-2958404 | 08/05/2022 | Current |
| 25.66 | Inspired Senior Living of Melbourne ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-3352176 | 08/05/2022 | Current |
| 25.67 | Inspired Senior Living of Mequon MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 92-1816590 | 10/24/2022 | Current |
| 25.68 | Inspired Senior Living of Mequon ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 92-1862635 | 10/24/2022 | Current |
| 25.69 | Inspired Senior Living of Naperville MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 87-4642995 | 01/05/2022 | Current |
| 25.70 | Inspired Senior Living of Naperville ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 87-4730623 | 01/05/2022 | Current |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P13, Q25 - OTHER BUSINESSES INTERESTS

| | Business Name | Address | Nature of Business | EIN | From | To |
|---|---|---|---|---|---|---|
| 25.71 | Inspired Senior Living of New Braunfels MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 99-1390688 | 02/15/2024 | Current |
| 25.72 | Inspired Senior Living of New Braunfels ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 99-1433290 | 02/15/2024 | Current |
| 25.73 | Inspired Senior Living of North Haven MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 92-2748851 | 02/10/2023 | Current |
| 25.74 | Inspired Senior Living of North Haven ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 92-2823239 | 02/10/2023 | Current |
| 25.75 | Inspired Senior Living of Payson Development, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 87-4344565 | 02/22/2023 | Current |
| 25.76 | Inspired Senior Living of Pinellas Park MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-1776265 | 04/13/2022 | Current |
| 25.77 | Inspired Senior Living of Pinellas Park ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-1883055 | 04/13/2022 | Current |
| 25.78 | Inspired Senior Living of Reno MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 87-3937680 | 12/07/2021 | Current |
| 25.79 | Inspired Senior Living of Reno ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 87-3997985 | 12/07/2021 | Current |
| 25.80 | Inspired Senior Living of Round Rock MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-3711783 | 08/04/2022 | Current |
| 25.81 | Inspired Senior Living of Round Rock ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 92-0277045 | 08/04/2022 | Current |
| 25.82 | Inspired Senior Living of San Marcos MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 93-4282684 | 11/07/2023 | Current |
| 25.83 | Inspired Senior Living of San Marcos ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 93-4748508 | 11/07/2023 | Current |
| 25.84 | Inspired Senior Living of San Tan Development, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 87-2868855 | 02/23/2023 | Current |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P13, Q25 - OTHER BUSINESSES INTERESTS

| | Business Name | Address | Nature of Business | EIN | From | To |
|---|---|---|---|---|---|---|
| 25.85 | Inspired Senior Living of St. Petersburg MT, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Master Tenant | 88-2328864 | 04/13/2022 | Current |
| 25.86 | Inspired Senior Living of St. Petersburg ST, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Signatory Trustee | 88-2364423 | 04/13/2022 | Current |
| 25.87 | Inspired Senior Living of Winery Lane Development, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 87-1876136 | 02/01/2023 | Current |
| 25.88 | Inspired Senior Living, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Ancillary Business | n/a | 02/17/2021 | Current |
| 25.89 | Lucas Construction Holdings, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Holdco | 87-3459318 | 10/27/2021 | Current |
| 25.90 | MSL Management, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Holdco | n/a | 08/26/2021 | Current |
| 25.91 | Nsite Development, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Development Services | 87-3017813 | 09/22/2022 | Current |
| 25.92 | San Tan Senior Living, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 87-2802781 | 09/16/2021 | Current |
| 25.93 | Senior Housing Management Group, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Management Services | 85-3054138 | 09/20/2020 | Current |
| 25.94 | Senior Housing Marketing Agency, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Marketing Services | 85-4189723 | 11/25/2020 | Current |
| 25.95 | Volante HoldCo, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Holdco | 87-3183523 | 10/19/2021 | Current |
| 25.96 | Winery Lane Senior Living, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Propco / Opco | 87-1922033 | 09/09/2021 | Current |
| 25.97 | ZOL Management, LLC | 7033 E Greenway Parkway, Suite 250, Scottsdale, AZ 85254 | Holdco | n/a | 09/01/2021 | Current |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P13, Q26a - ACCOUNTANTS & BOOKKEEPERS

| | Name | Address | From | To |
|---|---|---|---|---|
| 26a.1 | Jonathan Frighetto | 7033 E Greenway Pkwy, Suite 250, Scottsdale, AZ 85254 | 02/21/2024 | 07/18/2025 |
| 26a.2 | Keith Maki | 7033 E Greenway Pkwy, Suite 250, Scottsdale, AZ 85254 | 06/21/2023 | 06/13/2025 |
| 26a.3 | Rise Above Advisors | 25 North St, Dublin, OH 43017 | 06/23/2025 | Current |
| 26a.4 | Robert Licht | 7033 E Greenway Pkwy, Suite 250, Scottsdale, AZ 85254 | 08/21/2023 | 07/18/2025 |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P13, Q26c - POSSESSION OF BOOKS/RECORDS

| | Name | Address | If Records Not Available, Reason |
|---|---|---|---|
| 26c.1 | Rise Above Advisors | 25 North St, Dublin, OH 43017 | |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC

Case No. 26-90004

# EXHIBIT P13, Q28 - CURRENT D&O'S/CONTROLLING SHAREHOLDERS

| | Name and Address | Position and nature of any interest | % Interest |
|---|---|---|---|
| 28.1 | Carolyn A. Todd<br>7033 E Greenway Parkway, Suite 250, Scottsdale, AZ, 85254 | Chief Operating Officer | |
| 28.2 | Elliot Neumann<br>7033 E Greenway Parkway, Suite 250, Scottsdale, AZ, 85254 | President | |
| 28.3 | Jim Calandra<br>7033 E Greenway Parkway, Suite 250, Scottsdale, AZ, 85254 | Independent manager | |
| 28.4 | Luke Lee<br>7033 E Greenway Parkway, Suite 250, Scottsdale, AZ, 85254 | CEO (Former) | |
| 28.5 | Realty Cap Advisors, LLC<br>7033 E Greenway Parkway, Suite 250, Scottsdale, AZ, 85254 | Controlling Shareholder | 100% |



GN DEFENDANTS EXHIBIT 2

Debtor: Inspired Healthcare Capital Holdings, LLC Case No. 26-90004

# EXHIBIT P13, Q29 - FORMER D&O'S/CONTROLLING SHAREHOLDERS

| | Name and Address | Position | From | To |
|---|---|---|---|---|
| 29.1 | Calida A. Taylor<br>7033 E Greenway Parkway, Suite 250, Scottsdale, AZ, 85254 | Chief Legal Officer | 09/26/2022 | 07/18/2025 |
| 29.2 | Luke Lee<br>7033 E Greenway Parkway, Suite 250, Scottsdale, AZ, 85254 | CEO (Former) | 07/01/2022 | 02/02/2026 |
| 29.3 | Robert Licht<br>7033 E Greenway Parkway, Suite 250, Scottsdale, AZ, 85254 | Chief Financial Officer | 08/21/2023 | 07/18/2025 |



GN DEFENDANTS EXHIBIT 2