Name of Offeree: ________________________ Copy No. _____

**PRIVATE PLACEMENT MEMORANDUM**

# INSPIRED SENIOR LIVING OF NAPERVILLE DST

## BENEFICIAL INTERESTS IN A DELAWARE STATUTORY TRUST

Maximum Offering Amount: $49,216,474
Minimum Purchase: $50,000

Inspired Senior Living of Naperville DST, a newly formed Delaware statutory trust (the "**Trust**") and an affiliate of Inspired Healthcare Capital, LLC, a Delaware limited liability company ("**Inspired**" or the "**Sponsor**"), is hereby offering (the "**Offering**") to sell to certain qualified, accredited investors (the "**Investors**") pursuant to this Private Placement Memorandum (as amended and supplemented from time to time and with all exhibits hereto, the "**Memorandum**") 100% of the beneficial interests (the "**Interests**") in the Trust. **You should read this Memorandum in its entirety before making an investment decision.**

The Trust will acquire and own the assisted living and memory care facility located at 2920 Leverenz Road, Naperville, Illinois 60564 known as "Arbor Terrace Naperville" (the "**Property**"). The Property consists of one parcel of land approximately 5.8 acres in size, upon which is situated a single, two-story assisted living and memory care facility with a gross building area of approximately 80,762 square feet and containing 47 assisted living units and 47 memory care units (collectively, the "**Units**"). The Property has a current operating capacity of 47 assisted living beds and 60 memory care beds. Units are comprised of studios, companion suites, and one- and two-bedroom apartments, all with full bathrooms with walk-in showers. Community amenities include group meeting and social rooms, siting areas, multiple dining options including group and private dining and separate breakfast area, piano room, theater room, fitness center and therapy room, two hair salons, laundry facility for resident use, library, convenience store and professionally landscaped grounds and courtyard.

The Trust intends to acquire the Property from CSH Naperville, LLC, a Delaware limited liability company (the "**Seller**"), for a purchase price of $40,250,000. The Trust currently expects to close its purchase of the Property on or around April 20, 2022. The Trust will fund the purchase price of the Property, in part, with cash provided as a capital contribution from Inspired Senior Living of Naperville Depositor, LLC, a Delaware limited liability company and an affiliate of the Sponsor (the "**Depositor**"). The Trust will not obtain any debt in connection with its acquisition of the Property. For purposes of determining liabilities assumed with respect to the Property in connection with an Investor's Section 1031 Exchange (as defined herein), Investors will not be allocated any liabilities.

Concurrent with acquiring the Property, the Trust will lease the Property to Inspired Senior Living of Naperville MT, LLC, a newly formed Delaware limited liability company and affiliate of the Sponsor (the "**Master Tenant**"), pursuant to a master lease agreement (the "**Master Lease**"). The Master Tenant will lease the Property to residents (the "**Residents**") who occupy the Property pursuant to residential leases (the "**Leases**"). Upon acquisition of the Property, the Master Tenant will enter into a property management agreement (the "**Property Management Agreement**") with Senior Housing Management Group, LLC, a Delaware limited liability company and affiliate of the Sponsor (the "**Property Manager**"), for the management of the Property. It is currently anticipated that the Property Manager will engage a subsidiary of The Arbor Company, a national senior care facility operator not affiliated with the Sponsor (the "**Sub Manager**"), to fulfill its duties under the Property Management Agreement.

The terms of the Trust will be governed by the trust agreement of the Trust (the "**Trust Agreement**"). Inspired Senior Living of Naperville ST, LLC, a Delaware limited liability company, will serve as the signatory trustee of the Trust (in such capacity, the "**Signatory Trustee**"). The Signatory Trustee will be responsible for the operation of the Trust. Prior to the sale of Interests to Investors, the Depositor will own 100% of the beneficial interests in the Trust and will be the beneficiary of the Trust. If any Interests cannot be sold, the Depositor, or an affiliate of the Depositor, will own the remaining Interests. For purposes of this Memorandum, whenever a reference is made to the Depositor owning an Interest, this reference should also be construed as including the Depositor's affiliates as referenced above. For purposes of this Memorandum, various fees have been calculated based on the sale of Interests in the amount of $49,216,474 (the "**Maximum Offering Amount**").

**The Date of this Private Placement Memorandum is March 4, 2022**

**IMPORTANT NOTE TO PROSPECTIVE INVESTORS: No prospective Investor will be able to acquire an Interest in the Trust until the following events have occurred: (1) the Trust has acquired the Property; (2) the Trust has entered into the Master Lease and assigned the Leases to the Master Tenant; and (3) the Master Tenant has entered into the Property Management Agreement (collectively, the "Closing Events"). In the event that the final terms of the Offering or acquisition of the Property are materially and adversely different from those set forth herein, this Memorandum will be supplemented as soon as practicable after the date the Closing Events have occurred (such date, the "Closing Date") and each Investor will be entitled to terminate his, her or its purchase.**

**The Offering Terms**

The minimum amount of Interests that a prospective Investor completing a tax-deferred exchange under Section 1031 of the Internal Revenue Code of 1986, as amended (the "**Code**"), may purchase is $50,000, unless the Trust waives this minimum requirement. Unless otherwise indicated, all section references herein refer to the Code and the Treasury Regulations promulgated thereunder. The minimum amount of Interests that a prospective Investor making a cash investment without a Section 1031 tax-deferred exchange ("**Section 1031 Exchange**") may purchase is $50,000, unless the Trust waives this minimum requirement. The Trust intends to continue the Offering until the earlier of the date on which all $49,216,474 of the Interests offered hereby have been sold or the date that is six months from the date of this Memorandum, which date may be extended at the discretion of the Sponsor.

Acquisition of the Interests is designed for, but not limited to, prospective Investors seeking to defer the recognition of gain on the sale of other real property (the "**Relinquished Property**") under Section 1031. A Section 1031 Exchange generally allows the seller of investment and business property to defer federal and state capital gains taxation on the sale by exchanging the Relinquished Property for another property of like kind. The Trust has not requested, and does not plan to request, a private letter ruling from the Internal Revenue Service (the "**IRS**") that the Interests will be treated as a direct acquisition of the Property by the Investors for purposes of Section 1031. However, tax counsel to the Trust has provided a tax opinion which states that the acquisition of an Interest by an Investor should be treated, to the extent attributable to the acquisition of the Property, as a direct acquisition of an interest in real property by an Investor for purposes of Section 1031. This opinion, however, is limited in scope and does not opine on all matters necessary for the prospective Investor's acquisition to qualify under Section 1031.

| | **Cash Price to Purchasers** | **Selling Commissions and Expenses**(1) | **Proceeds to Trust**(2) |
|---|---|---|---|
| Minimum Purchase(3)………………….... | $50,000 | $5,000 | $45,000 |
| Maximum Offering Amount…………… | $49,216,474 | $4,921,647 | $44,294,827 |

(1) Offers and sales of Interests will be made on a "best efforts" basis by Emerson Equity LLC, a California limited liability company ("**Emerson**"), a member of the Financial Industry Regulatory Authority, Inc.("**FINRA**"), as the exclusive Managing Broker-Dealer for this Offering, and any other participating broker-dealers which are members of FINRA that Emerson agrees to include (each, a "**Selling Group Member**" and collectively, the "**Selling Group Members**"). Emerson will receive: (i) selling commissions ("**Selling Commissions**") equal to 6.0% of the gross equity proceeds of the Offering (the "**Offering Proceeds**"), which will either be paid to affiliates of Emerson, including employees and contractors of the Sponsor, or reallowed to participating Selling Group Members, (ii) a dealer management fee ("**Dealer Management Fee**") equal to 1.0% of the Offering Proceeds, some of which may be reallowed to registered representatives affiliated with Emerson, and (iii) a broker-dealer allowance ("**Broker-Dealer Allowance**") equal to 1.0% of the Offering Proceeds in connection with its due diligence review of the Offering and facilitating regulatory compliance, which will either be retained by Emerson or re-allowed to the Selling Group Members. In addition, a wholesaling fee ("**Wholesaling Fee**") of 1.0% of the Offering Proceeds may be paid to wholesalers, including employees and contractors of the Sponsor. In addition, the Sponsor will be entitled to 1.00% of the Offering Proceeds as payment for organizational, offering and marketing expenses incurred in connection with the Offering (the "**O&O and Marketing Expenses**"), including the costs of organizing the Trust, the Signatory Trustee, the Depositor and the Master Tenant, and marketing, legal, finance, accounting, and printing fees and expenses. If the actual O&O and Marketing Expenses are greater than 1.00% of the Offering Proceeds, the Sponsor will pay those costs and expenses. The total aggregate amount of commissions and expense reimbursements (collectively, "**Selling Commissions and Expenses**") will not exceed 10.0%. The Trust reserves the right to pay reduced selling commissions and expenses or waive such sums with respect to Interests purchased by certain affiliates and other persons. The Selling Commissions and Expenses, as well as other costs associated with the Offering, will be paid by the Trust out of the Offering Proceeds. See "*Estimated Use of Proceeds,*" "*Compensation to the Sponsor and its Affiliated Parties*" and "*Plan of Distribution*."





GN DEFENDANTS EXHIBIT 7